# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 3, 2019

Before

**DIANE P. WOOD,** *Chief Judge*
**FRANK H. EASTERBROOK,** *Circuit Judge*
**ILANA DIAMOND ROVNER,** *Circuit Judge*

| | |
|---|---|
| No. 18-3391 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>PAUL SCHLIEVE, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 3:18-cr-00053-wmc-1<br>Western District of Wisconsin<br>District Judge William M. Conley |

The following are before the court:

1.     **MOTION FOR CONFIDENTIAL NAME**, filed on June 13, 2019, by the pro se appellant.

2.     **GOVERNMENT'S RESPONSE TO SCHLIEVE'S MOTION FOR CONFIDENTIAL NAME**, filed on June 28, 2019, by counsel for the appellee.

    **IT IS ORDERED** that the motion is **GRANTED** to the extent that the appellant may use the surname "Schlieve" in this appeal.

    **IT IS FURTHER ORDERED** that the court's order and judgment of June 6, 2019, are **AMENDED** to reflect that the appellant's name for purposes of the appeal is Paul Schlieve. The clerk of this court shall modify the docket accordingly.

form name: **c7_Order_3J**(form ID: **177**)